United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

Case No.  15-cv-00065-LHK

13

Plaintiff,

**ORDER RE CONSENT TO
MAGISTRATE JUDGE JURISDICTION**

14

v.

15

16

TRICAL, INC, et al.,
                    Defendants.

17

18        Defendants are ordered to file a "Consent or Declination to Magistrate Judge Jurisdiction"

19   by 10 a.m. Tuesday, May 5, 2015.

20   **IT IS SO ORDERED.**

21   Dated: May 4, 2015

22

23   LUCY H. KOH
     United States District Judge

24

25

26

27

28

1

Case No.15-cv-00065-LHK
ORDER