United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRICAL, INC, et al.,<br>　　　　Defendants. | Case No.  15-cv-00065-LHK<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE** |

Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes including trial and entry of judgment, *see* ECF Nos. 6, 16, the Court directs the Clerk to reassign this case to a United States Magistrate Judge in San Jose. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

All pending deadlines, including the May 6, 2014 case management conference, are hereby vacated.

**IT IS SO ORDERED.**

Dated: May 5, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.15-cv-00065-LHK
ORDER REFERRING MATTER TO MAGISTRATE JUDGE